UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-80143-Cr-Cannon/Reinhart

21 USC § 841(a)(1)
18 USC § 922(g)(1)
18 USC § 924(c)(1)(A)
18 USC § 924(d)(1)
21 USC § 853

UNITED STATES OF AMERICA

vs.

TIMOTHY JAVAZ PATTERSON, JR.,

Defendant.
_____/

FILED BY ____TM____ D.C.

Aug 17, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

On or about December 7, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**TIMOTHY JAVAZ PATTERSON, JR.,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this offense involved a mixture and substance containing a detectable amount of N,N-Dimethylpentylone, a Schedule I controlled substance.

## COUNT 2

On or about December 7, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**TIMOTHY JAVAZ PATTERSON, JR.,**

did knowingly possess a firearm in furtherance of a drug trafficking crime, a felony for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

It is further alleged that the firearm is a Smith & Wesson Model 5904, 9mm semi-automatic pistol.

## COUNT 3

On or about December 7, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**TIMOTHY JAVAZ PATTERSON, JR.,**

knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

It is further alleged that the firearms and ammunition are:

a) One (1) Smith & Wesson Model 5904, 9mm semi-automatic pistol; and

b) Approximately fourteen (14) rounds of Sellier & Bellot 9mm ammunition.

**FORFEITURE ALLEGATIONS**

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **TIMOTHY JAVAZ PATTERSON, JR.,** has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 841(a)(1), as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

3. Upon conviction of a violation of Title 18, United States Code, Section 922(g)(1) and/or 924(c), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

3

All pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: _____

v.

TIMOTHY JAVAZ PATTERSON, Jr.,

_____ /

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☐ FTL    ☒ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __2-3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ☒ 0 to 5 days
   II  ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) _____
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 23-8337-RMM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) _____
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of 08/09/2023
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
John McMillan
Assistant United States Attorney
Court ID No. A5500228

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** _____TIMOTHY JAVAZ PATTERSON, Jr.,_____

**Case No:** _____

**Count # 1**

**Possession with the Intent to Distribute and Distribution of a Controlled Substance (N,N-Dimethylpentylone and Cocaine)**
**Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)**
* **Max. Term of Imprisonment:** Twenty (20) years
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** Life
* **Max. Fine:** $1,000,000.00
* **Special Assessment:** $100.00

**Count # 2**
**Possession of a Firearm in Furtherance of a Federal Drug Trafficking Crime**
**Title 18, United States Code, Section 924(c)(1)(A)**
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years' imprisonment consecutive to any other term of imprisonment imposed.
* **Max. Supervised Release:** Five (5) years
* **Max. Fine:** $250,000.00
* **Special Assessment:** $100.00

**Count # 3**
**Possession of Firearm by a Convicted Felon**
**Title 18, United States Code, Sections 922(g)(1), 924(a)(8)**
* **Max. Term of Imprisonment:** Fifteen (15) years
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** Three (3) years
* **Max. Fine:** $250,000.00
* **Special Assessment:** $100.00